NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MELVIN BENJAMIN, )
)
      Appellant, )
)
v. )      Case No. 2D19-194
)
STATE OF FLORIDA, )
)
      Appellee. )
_____)

Opinion filed December 6, 2019.

Appeal from the Circuit Court for
Pinellas County; Chris Helinger,
Judge.

Howard L. Dimmig, II, Public
Defender, and Robert D. Rosen,
Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Elba Caridad
Martin, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.


      Affirmed.


SILBERMAN, BADALAMENTI, and ATKINSON, JJ., Concur.